Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Shelly Soderberg

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Shelly Soderberg, | Case No.: 2:11-cv-00225-ROS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| U.S. Collections West, Inc., | |
| Defendant. | |

NOW COMES the Plaintiff, Shelly Soderberg, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: May 26, 2011          KROHN & MOSS, LTD.


By: /s/ Ryan Lee
    Ryan Lee
    Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2011, I served a copy of this document via ELECTRONIC MAIL upon the following:

Allan H. Zimmerman
80 East Columbus Ave
Phoenix, AZ 85012
ahzpclaw@gmail.com

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff