IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shelly Soderberg, | No. CV-11-225-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| U.S. Collections West, Inc., | |
| Defendant. | |

**IT IS ORDERED** the stipulation to dismiss with prejudice (**Doc. 19**) is **APPROVED**. This case is dismissed with prejudice. The Clerk of the Court shall close this case.

DATED this 30th day of June, 2011.

Roslyn O. Silver
Chief United States District Judge